151 A.3d 98

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JUAN A. ROSARIO (A/K/A JOSE GOMEZ, JUAN ROSARIO AND KING BLACK ROSE), DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-278/655-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 99

CRANFORD DEVELOPMENT ASSOCIATES, LLC, SAMUEL HEKEMIAN, PETER HEKEMIAN, JEFFREY HEKEMIAN, AND ANN KRIKORIAN AS TRUSTEE FOR RICHARD HEKEMIAN AND MARK HEKEMIAN, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP OF CRANFORD, MAYOR AND COUNCIL OF THE TOWNSHIP OF CRANFORD, AND THE PLANNING BOARD OF THE TOWNSHIP OF CRANFORD, DEFENDANTS-PETITIONERS.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005822-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.